**Dated: May 21, 2024**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

```
                                                              IT538
              UNITED STATES BANKRUPTCY COURT
               WESTERN DISTRICT OF TENNESSEE

In re:                                         Chapter 13
SHARON DENISE HULL
Debtor(s)                                      Case No. 19-22053-L
SSN(1) XXX-XX-4021
```

                    ORDER DIRECTING PRESENT EMPLOYER
                           TO CEASE DEDUCTIONS

   In this cause it appearing to the Court from the statements of the Chapter 13 Trustee that deductions made by debtor(s)' employer should cease.

   IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the debtor(s)' employer shall cease making deductions for the Chapter 13 Trustee.

                                        /S/ Sylvia Ford Brown
                                        Chapter 13 Trustee

CC:   Sylvia Ford Brown
PM
      SHARON DENISE HULL
      3195 SOUTHERN AVE
      MEMPHIS, TN  38114

      PHILIP F COUNCE JR

      AMAZON.COM ATTN PAYROLL DEPT
      PO BOX 80276
      SEATTLE, WA  98108